Name: Jonathan William McKinney

Address: 1309 N Birchnell Ave San Dimas, CA 91773

Telephone Phone: 202-577-1696

Email: JonathanMcKinney3781@gmail.com

**FILED**
Nov 08 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Jonathan William McKinney

Plaintiff(s),

v.

Central Intellegence Agency

Defendant(s).

Case No.: '21CV1893 CAB AGS
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

  a. Do you have other Civil Case(s) in this or any other federal court?

   ☐ Yes   ☒ No

  b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Reference: F-2021-01576

As requested in the corrispondence to the Central Intellegence Agency, I am seeking, under the Freedom of Information Act (FOIA). Central Intellegence Agency records on the specific event of what exact time and date Jonathan William McKinney reported to Central Intellegence Agency that Ronnie (Ronald) Blanco Grew Up Down The Street From The Corona Brothers. The specific date range was between 01 January 2019 and 01 June 2019.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Under U.S.C. Section 552 I, Jonathan Willim McKinney request my Freedom of Infromation Act request be fullfilled as cited in correspondence.

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes  ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

_11-8-2021_
Date

_[signature]_
Signature

_Jonathan W McKinney_
Printed Name